[No. 11680-8-III.    Division Three.    November 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO SANTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00422-1, Michael W. Leavitt, J., entered June 14, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 16326-8-II.    Division Two.    November 3, 1994.]

MATCO ROCK, INC., *Appellant*, v. COWLITZ COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-2-00390-1, David R. Draper, J., entered July 10, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 16371-3-II.    Division Two.    November 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 92-1-00002-0, Joel M. Penoyar, J., entered August 17, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 16310-1-II.    Division Two.    November 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00377-1, H. John Hall, J., entered June 30, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.